**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Yovanys Cheda    JOINT DEBTOR: _____    CASE NO.: _____
Last Four Digits of SS# 3552    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 36 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 77.15   for months 1 to 36 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650 + $775 = $4425 TOTAL PAID $ 2000   Balance Due $ 2425
payable $ 67.36 /month (Months 1 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None _____    Arrearage on Petition Date  $_____
Address: _____    Arrears Payment    $_____/month (Months _____ to _____)
                              Regular Payment    $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Account No: xxxx7399 | 650 S. Ridge Street, Lake Worth, FL 33460  $75,000 | 0% | $0.00 | n/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None _____    Total Due $_____
                       Payable   $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 2.78 /month (Months 1 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Chase Mortgage and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

       /s/Robert Sanchez, Esq                             _____
Attorney for the Debtor                                   Joint Debtor
Date: 6-22-2015                                           Date: _____

LF-31 (rev. 01/08/10)