(C15/28)
cheda

## SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 650 S Ridge St |
| | Legal Description | Lakeview Heights Lt 19 |
| | City | Lake Worth |
| | County | West Palm Beach |
| | State | FL |
| | Zip Code | 33460-4737 |
| | Census Tract | 0051.02 |
| | Map Reference | 48424 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ N/A |
| | Date of Sale | N/A |

| CLIENT | | |
|---|---|---|
| | Borrower | |
| | Lender / Client | Yovanys A Cheda & Soria Cheda |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | |
| | Price per Square Foot | $ |
| | Location | Corner |
| | Age | 58 Years |
| | Condition | Average |
| | Total Rooms | 4 |
| | Bedrooms | 2 |
| | Baths | 1 |

| APPRAISERS | | |
|---|---|---|
| | Appraiser | Roberto Sanchez |
| | Supervisory or Co-Appraiser | |
| | Effective Date of Appraisal | May 18, 2015 |

| VALUE | | |
|---|---|---|
| | Opinion of Value | $ 75,000 |

Form SSD4S - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE



## APPRAISAL OF REAL PROPERTY

**LOCATED AT:**
650 S Ridge St
Lakeview Heights Lt 19
Lake Worth, FL 33460-4737

**FOR:**
Yovanys A Cheda & Soria Cheda
650 S Ridge Street
Lake Worth, Fl 33460

**AS OF:**
May 18, 2015

**BY:**
Roberto Sanchez
TKJ Associates / Appraisal Services
9932 SW 16 Street
Pembroke Pines, Fl 33025
954-534-4548
robert@tkjappraisals.com

Robert Sanchez (954) 534-4548

# RESIDENTIAL APPRAISAL REPORT

File No.: RS1505012

## SUBJECT
- Property Address: 650 S Ridge St
- City: Lake Worth
- State: FL
- Zip Code: 33460-4737
- County: West Palm Beach
- Legal Description: Lakeview Heights Lt 19
- Assessor's Parcel #: 38-43-44-28-02-000-0190
- Tax Year: 2014
- R.E. Taxes: $ 528.00
- Special Assessments: $ None Known
- Borrower (if applicable):
- Current Owner of Record: Yovanys A Cheda & Soria Cheda
- Occupant: [X] Owner [ ] Tenant [ ] Vacant [ ] Manufactured Housing
- Project Type: [ ] PUD [ ] Condominium [ ] Cooperative [ ] Other (describe)
- HOA: $ N/A [ ] per year [ ] per month
- Market Area Name: Lakeview Heights
- Map Reference: 48424
- Census Tract: 0051.02

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: [X] Market Value (as defined), or [ ] other type of value (describe)
- This report reflects the following value (if not Current, see comments): [ ] Current (the Inspection Date is the Effective Date) [ ] Retrospective [ ] Prospective
- Approaches developed for this appraisal: [ ] Sales Comparison Approach [ ] Cost Approach [ ] Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: [X] Fee Simple [ ] Leasehold [ ] Leased Fee [ ] Other (describe)
- Intended Use: The intended use of this report is to develop an opinion of subjects property value for homeowners personal use in a bankruptcy consideration.
- Intended User(s) (by name or type): Yovanys A Cheda & Soria Cheda
- Client: Yovanys A Cheda & Soria Cheda   Address: 650 S Ridge Street, Lake Worth, Fl 33460
- Appraiser: Roberto Sanchez   Address: 9932 SW 16 Street, Pembroke Pines, FL 33025

## MARKET AREA DESCRIPTION

| | | | Predominant Occupancy | One-Unit Housing | | Present Land Use | | Change in Land Use |
|---|---|---|---|---|---|---|---|---|
| Location: | [X] Urban | [ ] Suburban [ ] Rural | | PRICE $(000) | AGE (yrs) | One-Unit | 95 % | [X] Not Likely |
| Built up: | [X] Over 75% | [ ] 25-75% [ ] Under 25% | | | | 2-4 Unit | % | [ ] Likely * [ ] In Process * |
| Growth rate: | [ ] Rapid | [X] Stable [ ] Slow | [X] Owner 75 | 46 Low 41 | | Multi-Unit | % | * To: |
| Property values: | [ ] Increasing | [X] Stable [ ] Declining | [X] Tenant 20 | 232 High 87 | | Comm'l | 5 % | |
| Demand/supply: | [ ] Shortage | [X] In Balance [ ] Over Supply | [X] Vacant (0-5%) | 100's Pred 50s | | | % | |
| Marketing time: | [ ] Under 3 Mos. | [X] 3-6 Mos. [ ] Over 6 Mos. | [ ] Vacant (>5%) | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Subject is bound to the North by 6th Avenue South, to the South by 12th Avenue South to the East by South Dixie Hwy. and to the West by I95. This subject is located in City of Lake Worth in a neighborhood mixed with single family residences similar to the subject in age, size and appeal. The subject neighborhood provides a good environment for the single family residence being appraised. There are no factors that will negatively effect the marketability of the subject property. The subject is in an average market place in which residential properties similar to the subject take approximately 3 to 6 months to sell. These figures were obtained from the appraisers observation of the marketing time for listings and sales within the immediate area.

## SITE DESCRIPTION
- Dimensions: N/A
- Site Area: 3,111 Sq.ft. / 0.14 Acre
- Zoning Classification: SFR - Single Family Residential (38-Lake Worth)
- Description: 0100 - Single Family
- Zoning Compliance: [X] Legal [ ] Legal nonconforming (grandfathered) [ ] Illegal [ ] No zoning
- Are CC&Rs applicable? [ ] Yes [ ] No [ ] Unknown   Have the documents been reviewed? [ ] Yes [ ] No   Ground Rent (if applicable) $ /
- Highest & Best Use as improved: [X] Present use, or [ ] Other use (explain) Single Family Residence
- Actual Use as of Effective Date: Single Family Residence   Use as appraised in this report: Single Family Residence
- Summary of Highest & Best Use: The highest and best use of the subject property is as a Single Family Residence. As of the effective date of this appraisal, the property was found to be at its highest and best use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Slight Upward Slope |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | [ ] | | Street | Asphalt | [X] | [ ] | Size | 0.14 Acre |
| Gas | [ ] | [ ] | | Curb/Gutter | Concrete | [X] | [ ] | Shape | Rectangular |
| Water | [X] | [ ] | | Sidewalk | Concrete | [X] | [ ] | Drainage | Adequate |
| Sanitary Sewer | [X] | [ ] | | Street Lights | Yes | [X] | [ ] | View | Residential |
| Storm Sewer | [X] | [ ] | | Alley | None | [ ] | [ ] | | |

- Other site elements: [ ] Inside Lot [X] Corner Lot [ ] Cul de Sac [ ] Underground Utilities [ ] Other (describe)
- FEMA Spec'l Flood Hazard Area [ ] Yes [X] No   FEMA Flood Zone C   FEMA Map # 1202130002C   FEMA Map Date 9/30/1982
- Site Comments: The subject is a single family residence situated on a corner lot. Entry and Egress from street is found to be unproblematic.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | [ ] None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 [ ] Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | N/A | Type | Electric |
| # of Stories | 1 | Exterior Walls | CBS / Good | Crawl Space | None | % Finished | N/A | Fuel | Electric |
| Type [X] Det. [ ] Att. [ ] | | Roof Surface | Shingle | Basement | None | Ceiling | | | |
| Design (Style) | 1 Story / Shingle | Gutters & Dwnspts. | None | Sump Pump | [ ] | Walls | | Cooling | |
| [X] Existing [ ] Proposed [ ] Und.Cons. | | Window Type | S Hung / H.Slide | Dampness | [ ] | Floor | | Central | X |
| Actual Age (Yrs.) | 58 Years | Storm/Screens | Yes | Settlement | [ ] | Outside Entry | | Other | |
| Effective Age (Yrs.) | 30 Years | | | Infestation | None Observe | | | | |

| Interior Description | | Appliances | | Attic | [ ] None | Amenities | | | Car Storage | [ ] None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | C.Tile / Avg. | Refrigerator | [X] | Stairs | [X] | Fireplace(s) # | | Woodstove(s) # | Garage | # of cars ( Tot.) |
| Walls | Plaster / Avg. | Range/Oven | [X] | Drop Stair | [ ] | Patio | Open / Avg. | | Attach. | |
| Trim/Finish | Wood / Avg. | Disposal | [X] | Scuttle | [X] | Deck | | | Detach. | |
| Bath Floor | C.Tile / Avg. | Dishwasher | [X] | Doorway | [ ] | Porch | Covered / Avg. | | Bt.-In | |
| Bath Wainscot | C.Tile / Avg. | Fan/Hood | [X] | Floor | [ ] | Fence | Full PVC | | Carport | X   1 Carport |
| Doors | Wood | Microwave | [X] | Heated | [ ] | Pool | None | | Driveway | |
| | | Washer/Dryer | [X] | Finished | [ ] | | | | Surface | Concrete |

- Finished area above grade contains: 4 Rooms   2 Bedrooms   1 Bath(s)   920 Square Feet of Gross Living Area Above Grade
- Additional features: Wood Cabinets and Granite countertops with standard appliances in kitchen and ceramic tile flooring throughout.
- Describe the condition of the property (including physical, functional and external obsolescence): At the time of inspection the subject property appeared to be properly maintained and in Average Condition. As per homeowner's declaration of prior ceiling damage (moisture) due to roof leak, Appraiser observed a blue tarp covering the damaged roof area. Appraiser highly recommends the homeowner contract a home inspector for an overall full inspection including roof. Appraiser has taken these functional obsolences into account and has made the proper adjustments under the condition sector of report, cost to cure approximately $3,500.

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: RS1505012

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s):

## TRANSFER HISTORY

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: | The subject property reflects no sale nor |
|---|---|---|
| Date: September 2002 | transfer history for the prior three years. | |
| Price: $87,000 (WD) | | |
| Source(s): Tax Roll / County Records | | |
| 2nd Prior Subject Sale/Transfer | | |
| Date: October 1998 | | |
| Price: $44,000 (WD) | | |
| Source(s): Tax Roll / County Records | | |

SALES COMPARISON APPROACH TO VALUE (if developed)   [X] The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 650 S Ridge St Lake Worth, FL 33460-4737 | 628 S Ridge St Lake Worth, FL 33460 | | 1213 15th Ave S Lake Worth, FL 33460 | | 1216 Tropical Dr Lake Worth, FL 33460 | |
| Proximity to Subject | | 0.05 miles N | | 0.74 miles SE | | 0.43 miles S | |
| Sale Price | $ N/A | | $ 75,000 | | $ 84,000 | | $ 78,000 |
| Sale Price/GLA | $ /sq.ft. | $ 77.32 /sq.ft. | | $ 89.74 /sq.ft. | | $ 82.02 /sq.ft. | |
| Data Source(s) | Tax / County Rec. | Tax Roll / MLS - R10107191 | | Tax Roll / MLS - R10105814 | | Tax Roll / MLS - R10081930 | |
| Verification Source(s) | Int & Ext Inspection | Exterior Inspection | | Exterior Inspection | | Exterior Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | N/A None Known | REO / Conv. None Known | | REO / Cash None Known | | REO / Cash None Known | |
| Date of Sale/Time | N/A | 4/30/2015 | | 3/30/2015 | | 1/30/2015 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Corner | Interior | | Interior | | Interior | |
| Site | 0.14 Acre | 0.15 Acre | | 0.14 Acre | | 0.20 Acre | -3,600 |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | 1 Story / Shingle | 1 Story / Shingle | | 1 Story / Shingle | | 1 Story / Shingle | |
| Quality of Construction | CBS / Good | CBS / Good | | CBS / Good | | CBS / Good | |
| Age | 58 Years | 60 Years | | 59 Years | | 58 Years | |
| Condition | Average | Good | -3,500 | Good | -3,500 | Good | -3,500 |
| Above Grade Room Count | Total 4 / Bdrms 2 / Baths 1 | Total 5 / Bdrms 3 / Baths 1 | | Total 5 / Bdrms 3 / Baths 1 | | Total 5 / Bdrms 3 / Baths 1 | |
| Gross Living Area | 920 sq.ft. | 970 sq.ft. | | 936 sq.ft. | | 951 sq.ft. | +4,300 |
| Basement & Finished Rooms Below Grade | N/A N/A | N/A N/A | | N/A N/A | | N/A N/A | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Car Port | Car Port | | None | +2,500 | None | +2,500 |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Patio | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | -3,500 | [ ]+ [X]- $ | -1,000 | [ ]+ [X]- $ | -300 |
| Adjusted Sale Price of Comparables | | Net 4.7 % Gross 4.7 % $ | 71,500 | Net 1.2 % Gross 7.1 % $ | 83,000 | Net 0.4 % Gross 17.8 % $ | 77,700 |

Summary of Sales Comparison Approach    The comparable sales utilized are considered good indicators of the subject's estimated market value. Comparable properties utilized are similar in design, appeal and quality of construction. Sales recited are from the subject's neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found. All values affecting dissimilarities were adjusted according to market reaction. Secondary market standards for net and gross adjustment percentages were met. The indicated range of values brackets the value of the subject. Equal Consideration was given to all comparables in formulating an opinion of value.

Indicated Value by Sales Comparison Approach $ 75,000

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

# RESIDENTIAL APPRAISAL REPORT

File No.: RS1505012

## COST APPROACH TO VALUE (if developed)  ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | = $ 14,185 |
|---|---|---|
| Source of cost data: West Palm Beach County Records | DWELLING    Sq.Ft. @ $ | = $ |
| Quality rating from cost service:    Effective date of cost data: |    Sq.Ft. @ $ | = $ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): |    Sq.Ft. @ $ | = $ |
|  |    Sq.Ft. @ $ | = $ |
|  |    Sq.Ft. @ $ | = $ |
|  |  | = $ |
|  | Garage/Carport   Sq.Ft. @ $ | = $ |
|  | Total Estimate of Cost-New | = $ |
|  | Less   Physical   Functional   External |  |
|  | Depreciation | = $( ) |
|  | Depreciated Cost of Improvements | = $ |
|  | "As-is" Value of Site Improvements | = $ |
|  |  | = $ |
|  |  | = $ |
| Estimated Remaining Economic Life (if required):   Years | INDICATED VALUE BY COST APPROACH | = $ |

## INCOME APPROACH TO VALUE (if developed)  ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____  X Gross Rent Multiplier _____ = $ _____  Indicated Value by Income Approach _____

Summary of Income Approach (including support for market rent and GRM): Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. This approach is given all emphasis in the reconciliation. The Cost Approach is not intended for insurable value and the Income Approach was not considered for this assignment.

## PROJECT INFORMATION FOR PUDs (if applicable)  ☐ The Subject is part of a Planned Unit Development.

Legal Name of Project:
Describe common elements and recreational facilities:

## RECONCILIATION

Indicated Value by: Sales Comparison Approach $ 75,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A

Final Reconciliation  Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. This approach is given all emphasis in the reconciliation. The Cost Approach is not intended for insurable value and the Income Approach was not considered for this assignment.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 75,000 , as of: May 18, 2015 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.

A true and complete copy of this report contains 16 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

## ATTACHMENTS

Attached Exhibits:
☐ Scope of Work    ☐ Limiting Cond./Certifications    ☐ Narrative Addendum    ☐ Photograph Addenda    ☐ Sketch Addendum
☐ Map Addenda    ☐ Additional Sales    ☐ Cost Addendum    ☐ Flood Addendum    ☐ Manuf. House Addendum
☐ Hypothetical Conditions    ☐ Extraordinary Assumptions

Client Name: Yovanys A Cheda & Soria Cheda
Client Contact:
E-Mail: nvalle@bankruptcyclinic.com    Address: 650 S Ridge Street, Lake Worth, Fl 33460

## SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name: Roberto Sanchez | Supervisory or Co-Appraiser Name: |
| Company: TKJ Associates / Appraisal Services | Company: |
| Phone: 954-534-4548   Fax: | Phone:   Fax: |
| E-Mail: robert@tkjappraisals.com | E-Mail: |
| Date of Report (Signature): 05/30/2015 | Date of Report (Signature): |
| License or Certification #: RD7707   State: FL | License or Certification #:   State: |
| Designation: State Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification: 11/30/2016 | Expiration Date of License or Certification: |
| Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☒ None | Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None |
| Date of Inspection: May 18, 2015 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**    Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

**Building Sketch**

| | | | | |
|---|---|---|---|---|
| Borrower | | | | |
| Property Address | 650 S Ridge St | | | |
| City | Lake Worth | County West Palm Beach | State FL | Zip Code 33460-4737 |
| Lender/Client | Yovanys A Chado & Sorta Chado | | | |



Form SKT.BLDSKI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| Borrower | |
|---|---|
| Property Address | 650 S Ridge St |
| City | Lake Worth |
| County | West Palm Beach |
| State | FL |
| Zip Code | 33460-4737 |
| Lender/Client | Yovanys A Cheda & Soria Cheda |



**Subject Front**

| | |
|---|---|
| 650 S Ridge St | |
| Sales Price | N/A |
| G.L.A. | 920 |
| Tot. Rooms | 4 |
| Tot. Bedrms. | 2 |
| Tot. Bathrms. | 1 |
| Location | Corner |
| View | Residential |
| Site | 0.14 Acre |
| Quality | CBS / Good |
| Age | 58 Years |



**Subject Rear**



**Subject Street**

Form PIC4x6.SR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Interior Photo Page

| Borrower | |
|---|---|
| Property Address | 650 S Ridge St |
| City | Lake Worth   County West Palm Beach   State FL   Zip Code 33460-4737 |
| Lender/Client | Yovanys A Cheda & Soria Cheda |



**Subject Interior**
650 S Ridge St
Sales Price   N/A
G.L.A.   920
Tot. Rooms   4
Tot. Bedrms.   2
Tot. Bathrms.   1
Location   Corner
View   Residential
Site   0.14 Acre
Quality   CBS / Good
Age   58 Years



**Subject Interior**



**Subject Interior**

Form PIC4X5.SI - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Photograph Addendum

| Borrower | | | | |
|---|---|---|---|---|
| Property Address | 650 S Ridge St | | | |
| City | Lake Worth | County West Palm Beach | State FL | Zip Code 33460-4737 |
| Lender/Client | Yovanys A Cheda & Soria Cheda | | | |



Interior Ceiling damage due to roof leak



Interior Ceiling damage due to roof leak

Form GPIC4X5 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Comparable Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 650 S Ridge St |
| City | Lake Worth |
| County | West Palm Beach |
| State | FL |
| Zip Code | 33460-4737 |
| Lender/Client | Yovanys A Cheda & Soria Cheda |



### Comparable 1
628 S Ridge St
- Proximity: 0.05 miles N
- Sale Price: 75,000
- GLA: 970
- Total Rooms: 5
- Total Bedrms: 3
- Total Bathrms: 1
- Location: Interior
- View: Residential
- Site: 0.15 Acre
- Quality: CBS / Good
- Age: 60 Years



### Comparable 2
1213 15th Ave S
- Proximity: 0.74 miles SE
- Sale Price: 84,000
- GLA: 936
- Total Rooms: 5
- Total Bedrms: 3
- Total Bathrms: 1
- Location: Interior
- View: Residential
- Site: 0.14 Acre
- Quality: CBS / Good
- Age: 59 Years



### Comparable 3
1216 Tropical Dr
- Proximity: 0.43 miles S
- Sale Price: 78,000
- GLA: 951
- Total Rooms: 5
- Total Bedrms: 3
- Total Bathrms: 1
- Location: Interior
- View: Residential
- Site: 0.20 Acre
- Quality: CBS / Good
- Age: 58 Years

Form PIC4X6.CR - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**Location Map**

| Borrower | | | | |
|---|---|---|---|---|
| Property Address | 650 S Ridge St | | | |
| City | Lake Worth | County West Palm Beach | State FL | Zip Code 33460-4737 |
| Lender/Client | Yovanys A Cheda & Soria Cheda | | | |



Form MAP.LOC - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Robert Sanchez (954) 534-4540

# FIRREA / USPAP ADDENDUM

| | |
|---|---|
| Borrower | File No. RS1505012 |
| Property Address 650 S Ridge St | |
| City Lake Worth   County West Palm Beach   State FL   Zip Code 33460-4737 | |
| Lender/Client   Yovanys A Cheda & Soria Cheda | |

**Purpose**
As requested by the Client, the Function of this Appraisal Report is for determination of market value of subject property for clients consideration for a bankruptcy proceeding.

**Scope of Work**
See Below Additional Comments.

**Intended Use / Intended User**
Intended Use:   The Intended User of this appraisal report is the client. The Intended Use is to evaluate the property that is the subject of this appraisal, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and Definition of Market Value. No additional Intended Users are identified by the appraiser.
Intended User(s):   Yovanys A Cheda & Soria Cheda

**History of Property**
Current Sales Information:   The Subject is not currently listed for sale.

Prior sale:   The subject property was last transferred September 2002 in the amount of $ 87,000 (WD)

**Exposure Time / Marketing Time**
Marketing and exposure time are each estimated to be approximately 3 to 6 months.

**Personal (non-realty) Transfers**
None

**Additional Comments**

**SCOPE OF WORK**
The scope of work in this assignment include a personal inspection of the subject property, reviewing public record information concerning the subject and other properties in its immediate neighborhood. All sales used in comparison to the subject were personally inspected (exterior only, unless otherwise noted) by the appraiser, and were photographed by either the appraiser or someone under his direction.
The scope of work for this assignment also included developing an opinion of value for the subject using the sales comparison approach. Cost new is based on information obtained from Marshall & Swift Residential Cost Handbook, as well as from local builders. Sources used in obtaining sale information include: public records, real estate sales data published by Broward County property appraisers office, MLS data, other appraisers, local real estate sales agents, and field inspections. Market data gathered include sales and listings of properties similar to the subject. The appraiser has made a sketch of the improvements taken from the measurements of the exterior of the building. Sales of similar properties that have occurred over the past six months were researched in the subject area. Of the researched sales, the ones considered to be most similar were used in the sales comparison approach because of proximity to the subject, size, design, and quality of construction.
The appraisal problem did not warrant an intensive highest and best use study. Given the nature of the subject real estate, my conclusion was based on logic and observed evidence. Sales comparison approaches to value have been considered in arriving at an opinion of value. The sales comparison is given preference, based on the actions demonstrated by buyers and sellers in the market place.
All electrical, plumbing and mechanical systems are assumed to be in working order.
Our inspection of the property is limited to a cursory overview for valuation purposes only.

**DIGITAL SIGNATURE COMMENT**
Roberto Sanchez employs the use of digital signatures. These signatures are passcode protected for authenticity, and once applied to the appraisal report will prevent any alteration to the report.

**Certification Supplement**
1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.
2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | |
|---|---|
| Appraiser:   Roberto Sanchez | Supervisory Appraiser: |
| Signed Date:   05/30/2015 | Signed Date: |
| Certification or License #:   RD7707 | Certification or License #: |
| Certification or License State:   FL   Expires:   11/30/2016 | Certification or License State:   Expires: |
| Effective Date of Appraisal:   May 18, 2015 | Inspection of Subject:   ☐ Did Not   ☐ Exterior Only   ☐ Interior and Exterior |

Form RUA_LG2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Robert Sanchez (954) 534-4548

| | | | | |
|---|---|---|---|---|
| Borrower | | | | File No. RS1505012 |
| Property Address | 650 S Ridge St | | | |
| City | Lake Worth | County West Palm Beach | State FL | Zip Code 33460-4737 |
| Lender/Client | Yovanys A Cheda & Soria Cheda | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is **one** of the following types:

- ☐ Self Contained (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☒ Summary (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☐ Restricted Use (A written report prepared under Standards Rule 2-2(c), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- the statements of fact contained in this report are true and correct.
- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)
- no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any state mandated requirements:

**APPRAISER:**

Signature: _[signed]_
Name: Roberto Sanchez
Date Signed: 05/30/2015
State Certification #: RD7707
or State License #:
State: FL
Expiration Date of Certification or License: 11/30/2016

Effective Date of Appraisal: May 18, 2015

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

Supervisory Appraiser Inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior

## Assumptions, Limiting Conditions & Scope of Work

File No.: RS1505012

| Property Address: | 650 S Ridge St | City: Lake Worth | State: FL | Zip Code: 33460-4737 |
|---|---|---|---|---|
| Client: | Yovanys A Cheda & Soria Cheda | Address: 650 S Ridge Street, Lake Worth, FL 33460 | | |
| Appraiser: | Roberto Sanchez | Address: 9932 SW 16 Street, Pembroke Pines, FL 33025 | | |

**STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS**

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales, or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors are encouraged to engage the appropriate type of expert to investigate.

The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or for any use, other than those specified in this report by the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its conclusions.

Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

## Certifications

File No.: RS1505012

| | | | |
|---|---|---|---|
| Property Address: | 650 S Ridge St | City: Lake Worth | State: FL Zip Code: 33460-4737 |
| Client: | Yovanys A Cheda & Soria Cheda | Address: | 650 S Ridge Street, Lake Worth, FL 33460 |
| Appraiser: | Roberto Sanchez | Address: | 9932 SW 16 Street, Pembroke Pines, FL 33025 |

### APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

**Additional Certifications:**
Appraiser has not previously inspected the subject property within the past three years.

### DEFINITION OF MARKET VALUE *:

Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System (FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS), and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS, FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | | Client Name: | Yovanys A Cheda & Soria Cheda |
|---|---|---|---|
| E-Mail: nvalle@bankruptcyclinic.com | | Address: | 650 S Ridge Street, Lake Worth, FL 33460 |

### SIGNATURES

**APPRAISER**

Appraiser Name: Roberto Sanchez
Company: TKJ Associates / Appraisal Services
Phone: 954-534-4548   Fax:
E-Mail: robert@tkjappraisals.com
Date Report Signed: 05/30/2015
License or Certification #: RD7707   State: FL
Designation: State Certified Residential Real Estate Appraiser
Expiration Date of License or Certification: 11/30/2016
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection: May 18, 2015

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:   Fax:
E-Mail:
Date Report Signed:
License or Certification #:   State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior  ☐ Exterior Only  ☐ None
Date of Inspection:

**GP RESIDENTIAL**

Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

3/2007

