UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:  Yovanys Alberto Cheda                             Case No: 15-21212-PGH
                                                          Chapter 13
_____Debtor_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing was sent to all interested parties on July 29, 2015 as follows:

Electronically:

Robin R. Weiner, Trustee

<u>Via First Class Mail:</u>

Debtor, Yovanys Alberto Cheda
650 S Ridge Street
Lake Worth, FL 33460-4737

Bank of America
Attn: Bankruptcy Department
7105 Corporate Drive
Mail Stop TX2-983-03-02
Plano, TX 75024-4100

<u>Via Certified Mail:</u>

Bank of America, N.A.
c/o Brian Moynihan, CEO
100 N. Tryon Street
Charlotte, NC 28255

Bank of America Corporation                               Bank of America Corporation
CT Corporation System, R.A.                               Brian T. Moynihan, CEO

1200 South Pine Island Road          401 N Tryon ST, NC1-021-02-20
Plantation, FL 33324                 Charlotte, NC 28255

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
 Robert Sanchez, Esq., FBN#0442161