UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:    Yovanys Alberto Cheda                    Case No: 15-21212-PGH
                                                   Chapter 13
_____Debtor_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY,** that a true and correct copy of the Motion to Waive Requirement of Wage Deduction Order and Notice of Hearing was sent to Trustee Robin Weiner via CM/ECF and via regular mail to Debtor and all interested parties on July 30, 2015.

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**
    Attorney for Debtor
    355 West 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| American Express Centurion Bank<br>c/o Wagner & Hunt, P.A.<br>P.O. BOX 934788<br>Pompano Beach, FL 33093-4788 | Amex<br>P.O. Box 297871<br>Fort Lauderdale, FL 33329-7871 | Badcock<br>1630 S Dixie Hwy<br>Lake Worth, FL 33460 |
| Bk Of Amer<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 |
| Bk Of Amer<br>9000 Southside Blvd Bldg<br>Jacksonville, FL 32256 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | Cavalry Portfolio Serv<br>Po Box 27288<br>Tempe, AZ 85285 |
| Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 |
| Chase Bank<br>POB 15298<br>Wilmington, DE 19850 | Chase Bp Prvt Lbl<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 |
| Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | Citibank<br>P.O. BOX 6500<br>Sioux Falls, SD 57117-6500 |
| Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 |
| Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midland Credit Management<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123-2255 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 |

| | | |
|---|---|---|
| Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | National Auto Finance<br>200 Renaissance Ctr<br>Detroit, MI 48243 | Nuvell National Auto Finance, LLC<br>c/o Pollack & Rosen, PA<br>806 Douglas Road<br>South Tower #200<br>Coral Gables, FL 33134 |
| Region/Ams<br>Po Box 11007<br>Birmingham, AL 35288 | Syncb/Care Credit<br>Po Box 965036<br>Orlando, FL 32896 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 |
| Verizon Wireless<br>PO BOX 26055<br>Minneapolis, MN 55426 | Wells Fargo Bank<br>Po Box 14517<br>Des Moines, IA 50306 | Wells Fargo Bank Nv Na<br>Po Box 94435<br>Albuquerque, NM 87199 |
| Wffinance<br>800 Walnut St<br>Des Moines, IA 50309 | | |