# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### First Amended Plan

DEBTOR: Yovanys Cheda   JOINT DEBTOR: _____   CASE NO.: 15-21212-PGH
Last Four Digits of SS# 3552   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 77.15   for months 1 to 36 ; in order to pay the following creditors:

Administrative:   Attorney's Fee - $ 3650 + $775 = $4425 TOTAL PAID $ 2000  Balance Due $ 2425
payable $ 70.14 /month (Months 1 to 33)
$ 36.79 /month (Months 34 to 36)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None
Address: _____
Account No: _____

Arrearage on Petition Date $ _____
Arrears Payment   $ _____ /month (Months ____ to ____)
Regular Payment   $ _____ /month (Months ____ to ____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America Account No: xxxx7399 | 650 S. Ridge Street, Lake Worth, FL 33460  $75,000 | 0% | $0.00 | n/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None
Total Due $ _____
Payable  $ _____ /month (Months ____ to ____) Regular Payment $ _____

Unsecured Creditors: Pay $ 33.35 /month (Months 34 to 36 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Chase Mortgage and will continue to pay said creditor directly outside the chapter 13 plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor
Date: 7/31/15

Joint Debtor
Date: _____

LF-31 (rev. 01/08/10)