**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Yovanys Alberto Cheda                                    Case No. 15-21212-PGH
                                                                 Chapter 13

_____Debtor_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:**

☐ Flagler Waterview Building, 1515 North Flagler Drive, West Palm Beach, FL 33401

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtors object to the following claim(s) filed in this case:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| <u>4</u> | Wells Fargo Card Services | $1,487.20 | On or about October 27, 2015 creditor filed a secured proof of claim in the amount of $1,487.20 for a "Secured Card Collateral Account". Said creditor will be paid outside the plan. Debtor requests the claim be allowed as filed with no distribution from the Chapter 13 Trustee. |

LF-24 (rev. 02/15/05)

.

**I HEREBY CERTIFY** that a true copy of the foregoing was mailed this

11th day of December, 2015 to:

Wells Fargo Bank, N.A.
Brenda Diehl, Bankruptcy Specialist
Wells Fargo Card Services
1 Home Campus, 3rd Floor
Des Moines, IA 50328
wfcardsbky@wellsfargo.com

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

| Wells Fargo, N.A. | Wells Fargo Home Mortgage |
| --- | --- |
| Corporation Service Company, R.A. | c/o Mike Heid, CEO |
| 1201 Hays Street | One Home Campus, |
| Tallahassee, FL 32301 | Des Moines, IA 50328-0001 |

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008
Fax. 305-512-9701

By: /s/ Robert Sanchez_____
    [X]Robert Sanchez, Esq., FBN#0442161

LF-24 (rev. 02/15/05)